No. 715. WILSON *v.* McLANE ET AL.; and

No. 716. HARVIE, DOING BUSINESS UNDER THE NAME AND STYLE OF AUTOMATIC SALES COMPANY, *v.* HEISE ET AL.

Jurisdictional statement submitted April 22, 1929. Decided April 29, 1929. *Per Curiam:* The appeals are dismissed for want of a properly presented substantial federal question. on the authority of *Miller* v. *Cornwall R. R.*, 168 U. S. 131, 134; *Thomas* v. *Iowa*, 209 U. S. 258, 263; *Bowe* v. *Scott*, 233 U. S. 658, 665. *Mr. P. A. Bonham* for appellants. No appearance for appellees.

No. 721. BOOHER *v.* WASHINGTON. Return to rule submitted April 29, 1929. Decided May 13, 1929. *Per Curiam:* Upon consideration of the informal return to the rule to show cause heretofore issued in this case, miscalled a motion to reinstate, and upon examination of the unprinted record herein submitted, the Court finds no federal question, or jurisdiction in this Court, and the appeal is therefore dismissed. *Mr. Frank R. Jeffrey* for plaintiff in error. No appearance for defendant in error.

No. 854. RICHARDSON ET AL. *v.* UNITED STATES. See *post,* p. 859.

No. 261. WALLACE *v.* MOTOR PRODUCTS CORP'N. See *post,* p. 859.

No. 718. INTERNATIONAL SHOE Co. *v.* FEDERAL TRADE COMM'N. See *post,* p. 832.